IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
ROBERT BURBACH, as Special    )
Administrator of the Estate   )
of BARBARA BURBACH, Deceased, )
and IRENE BURBACH and RICHARD )
BURBACH, Beneficiaries,       )
                              )
          Plaintiffs,         )          8:10CV53
                              )
     v.                       )
                              )
UNICARE INSURANCE COMPANY,    )          ORDER
                              )
          Defendant.          )
_____)
```

This matter is before the Court on plaintiff's motion for leave to file amended complaint (Filing No. 14). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that said motion is granted; plaintiff shall have until June 10, 2010, to file an amended complaint.

DATED this 2nd day of June, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court