IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBERT BURBACH, as Special Administrator of the Estate of BARBARA BURBACH, Deceased, and IRENE BURBACH and RICHARD BURBACH, Beneficiaries, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | 8:10CV53 |
| v. | ) ) | |
| UNICARE INSURANCE COMPANY, | ) ) | ORDER |
| Defendant. | ) ) | |

After conference with counsel,

IT IS ORDERED:

1) This action is stayed.

2) The parties shall file a joint status report concerning mediation on or before September 3, 2010.

3) If mediation is not successful, a planning conference to set discovery deadlines and trial is scheduled for:

**Wednesday, September 8, 2010, at 8:15 a.m.**

in the chambers of the undersigned.  The parties may participate by telephone by notifying Judge Strom's office prior to that date.

DATED this 22nd day of June, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court