IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
ROBERT BURBACH, as Special      )
Administrator of the Estate     )
of BARBARA BURBACH, Deceased,   )
and IRENE BURBACH and RICHARD   )
BURBACH, Beneficiaries,         )
                                )
            Plaintiffs,         )          8:10CV53
                                )
      v.                        )
                                )
UNICARE INSURANCE COMPANY,      )           ORDER
                                )
            Defendant.          )
_____)
```

This matter is before the Court on the joint stipulation for dismissal (Filing No. 24).  The Court finds the stipulation should be approved and adopted.  Accordingly,

IT IS ORDERED that the stipulation is approved and adopted; this action is dismissed with prejudice, each party to pay their own costs.

DATED this 30th day of September, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court